# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. 5:25-cv-00942-SB-JDE Date November 25, 2026

Title: Hector Ruben McGurk v. United States of America et al

Present: The Honorable Stanley Blumenfeld, Jr

| Lynnie Fahey | Not reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs: N/A

Attorneys Present for Defendants: N/A

Proceedings: ☐ In Court ☒ In Chambers ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated 11/24/2026.

☐ Case settled but may be reopened if settlement is not consummated within ________ days. Make JS-6.

☒ Other Please make JS-6 per the order at Dkt. No. 67

☐ Entered ________________.

Initials of Preparer LFA