JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

HECTOR RUBEN MCGURK,

Plaintiff(s),

v.

UNITED STATES OF AMERICA et al.,

Defendants.

Case No. 5:25-cv-00942-SB-JDE

FINAL JUDGMENT

For the reasons stated in the separate order of entered this date, it is ordered that Plaintiff Hector Ruben McGurk's claims against Defendants are dismissed with prejudice.

This is a final judgment.

Date: November 24, 2026

Stanley Blumenfeld, Jr.
United States District Judge